**MANDATE**

1:16-cv-07544-PGG

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty.

_____

United States Commodity Futures Trading Commission,

      Plaintiff-Appellee,

v.

eFloorTrade, LLC, John A. Moore,

      Defendants-Appellants.
_____

**ORDER**

Docket No. 20-1346

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13 2020

Appellants move to withdraw this appeal pursuant to FRAP 42.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/13/2020